UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 3:16-cv-00777 |
|     Plaintiff, | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| v. | * | |
| | * | MAGISTRATE JUDGE JOSEPH H. |
| LINDSEY LAURAIN, EASY-PZ, LLC | * | L. PEREZ-MONTES |
|     Defendants | * | |
| | * | (JURY TRIAL DEMANDED) |

**LNC'S MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF MOTION IN LIMINE NO. 1: EZPZ SHOULD BE PRECLUDED
FROM INTRODUCING EVIDENCE AS TO WILLIAMS AND LAURAIN'S INTENT
OR STATE OF MIND IN THEIR DEALINGS WITH THE USPTO**

NOW INTO COURT, through undersigned counsel comes Luv n' care, Ltd. ("LNC") who moves this Court for leave to file the attached proposed Reply in Support of Motion in Limine No. 1: EZPZ Should be Precluded from Introducing Evidence as to Williams and Laurain's Intent or State of Mind in Their Dealings With the USPTO (the "Motion in Limine"). In support of this Motion, LNC avers as follows:

1.

One November 22, 2019, LNC filed the Motion in Limine seeking to preclude Laurain and Williams from testifying about their intent or state of mind during prosecution of the '903 Patent given EZPZ's assertion of the attorney-client and patent agent privileges during fact discovery.

2.

On December 13, 2019, Eazy-PZ, LLC ("EZPZ") submitted an Opposition to LNC's Motion in Limine making clear that it fully intends to offer at trial testimony from Laurain and Ben Williams, Laurian's patent-agent, concerning their alleged good faith intent in the

prosecution of the '903 Patent.  *See* Dkt. 455 at p. 1 ("there is no valid basis to preclude the testimony of Ben Williams or Lindsey Laurain as to their intent or state of mind before the [USPTO]; and, they should be permitted to testify that their submissions were made in good faith"); Dkt. #455-4, pp. 16-17 ("patent agent Ben Williams and Lindsey Laurain are entitled to testify about their own intent relating to their decisions and submissions to the patent office").

3.

The proposed reply addresses the arguments asserted by EZPZ in its opposition.  LNC respectfully submits that the attached proposed Reply memorandum will assist the Court in resolving the pending Motion in Limine, and therefore requests leave to file it.

4.

The proposed Reply discusses documents that refer to the parties' confidential information, and is therefore being filed under seal.

WHEREFORE, Luv n' care, Ltd. respectfully requests the Court grant its Motion for Leave to File a Reply in Support of Motion in Limine No. 1: EZPZ Should be Precluded from Introducing Evidence as to Williams and Laurain's Intent or State of Mind in Their Dealings With the USPTO.

Date:  December 18, 2019

Respectfully submitted,

*/s/   Carol W. Reisman*
Shannon S. Holtzman (La. Bar No. 19933)
Carol W. Reisman (La. Bar No. 20410)
George Denegre, Jr. (La. Bar No. 08387)
Carey L. Menasco (La. Bar No. 28131)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone:         (504) 581-7979
Facsimile:           (504) 556-4108

5012853_1

Email: ssholtzman@liskow.com
cwreisman@liskow.com
gdenegre@liskow.com
clmenasco@liskow.com

Joseph D. Guerriero, T.A. (La. Bar No. 06391)
Hartwell P. Morse, III (Admitted *Pro Hac Vice)*
Robert M. Chiaviello, Jr. (La. Bar No. 37370)
**Luv N' Care, Ltd.**
3030 Aurora Street, 2nd Floor
Monroe, LA  71201
Telephone: (318) 338-3603
Facsimile:        (318) 388-5892
Email:  joed@nuby.com
hartm@nuby.com
bobc@nuby.com

**Attorneys for Luv n' care, Ltd., Admar International, Inc., and Nouri E. Hakim**

### RULE 7.4.1 CERTIFICATE OF COUNSEL

Carey Menasco of Liskow & Lewis, APLC and counsel for Luv n' care, Ltd. ("LNC") conferred in good faith with counsel for Eazy-PZ, LLC ("EZPZ") by email correspondence on December 17, 2019.  EZPZ opposes the filing of this Reply.

/s/   Carol W. Reisman

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 18, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/   Carol W. Reisman