UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 3:16-cv-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LAURAIN, ET AL. | MAG. JUDGE JOSEPH H.L. PEREZ-MONTES |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that Plaintiffs' Opposed Motion for Leave to File a Reply in Support of Motion in Limine No. 1:  EZPZ Should be Precluded from Introducing Evidence as to Williams and Laurain's Intent or State of Mind in Their Dealings with the USPTO [Doc. No. 456] is **GRANTED,** and the reply memorandum [Doc. No. 457] is filed in the record.

Monroe, Louisiana, this 19th day of December, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE