# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 3:16-cv-00777 |
|     Plaintiff, | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| v. | * | |
| | * | MAGISTRATE JUDGE JOSEPH H. |
| LINDSEY LAURAIN, EAZY-PZ, LLC | * | L. PEREZ-MONTES |
|     Defendants | * | |
| | * | (JURY TRIAL DEMANDED) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE MOTION UNDER 35 U.S.C. § 285

Luv n' care, Ltd. and Nouri E. Hakim (collectively, "LNC") move this Court for an Order extending the time for LNC to file a motion under 35 U.S.C. § 285 until after the entry of a final appealable judgment, upon representing as follows:

1. On May 18, 2020, the Court issued an Order declaring U.S. Patent No. 9,462,903 (the "'903 Patent") invalid and unenforceable as being obvious under 35 U.S.C. § 103 and dismissing EZPZ's infringement counterclaims (Counts I and XII). Dkt. #523.

2. On May 27, 2020, the Court held a status conference wherein the parties discussed the filing of a motion under 35 U.S.C. § 285. The minutes reflect that LNC would file such a motion by July 10, 2020. Dkt. #530.

3. Following the status conference, the Court issued an abbreviated Scheduling Order regarding the September 14, 2020 jury trial order directing parties to file motions no later than July 10, 2020. Dkt. #531.

4. On June 16, 2020 EZPZ filed a Motion for Reconsideration of Obviousness Ruling requesting the Court vacate its ruling that the '903 Patent is invalid for obviousness. Dkt. #546. LNC filed its opposition on July 9, 2020. Dkt. #567.

5. On July 6, 2020, the Court granted LNC's Unopposed Motion for Extension of Case Deadlines, extending the deadline to file motions until July 17, 2020. Dkt. #563.

6. Upon a review of the jurisprudence addressing motions under 35 U.S.C. § 285, it is apparent that "[t]raditionally, § 285 requests are determined by the court upon the resolution of all substantive issues in a patent case." *Princeton Digital Image Corp. v. Office Depot Inc.*, No. 13-239, 2016 WL 1533697, at *10 (D. Del. Mar. 31, 2016) (noting that "[a] limitation exists within the statute with respect to timing such that attorney' fees are properly determined under § 285 once all of the substantive issues in a case reach resolution"); *see also Highmark, Inc. v. Allcare Health Mgmt. Sys., Inc.*, 701 F.3d 1351, 1353 (Fed. Cir. 2012) (per curium) ("Section 285, 35 U.S.C., allows the award of attorneys' fees at the conclusion of the case"); *PTP OneClick, LLC v. Avalara, Inc.*, No. 19-0640, 2019 WL 6213167, at *4 (W.D. Wash. Nov. 21, 2019) (finding a "35 U.S.C. § 285 motion for fees [to be] premature because a final judgment is a prerequisite to such an award"); *In re Maxim Integrated Prods. Inc.*, No. 12-244, 2015 WL 867651, at *8 (noting that a motion under 35 U.S.C. § 285 would be "procedurally improper and premature under Rule 54(d)" if there is not a final judgment).

7. Given the filing of EZPZ's Motion for Reconsideration of Obviousness Ruling and the case law indicating that it is more appropriate to address attorneys' fees and exceptional case under 35 U.S.C. § 285 after all patent-related claims have been finally resolved by the Court, LNC respectfully requests that the Court defer briefing on this issue until the entry of a final appealable judgment resolving all substantive patent issues.

8. Nothing herein should be construed to modify any other case deadlines set forth in the existing Scheduling Order. Dkt. #563.

9. LNC has consulted with Lisa Secor and Thomas Hayes on behalf of Eazy-PZ, LLC ("EZPZ"). EZPZ does not oppose this Motion.

WHEREFORE, LNC respectfully requests that the Court extend the time for LNC to file a motion under 35 U.S.C. § 285 and defer all briefing on this issue until there is a final appealable judgment resolving all substantive patent issues.

Respectfully submitted this 15th day of July, 2020.

                                    */s/   Carey L. Menasco*
                                    Carol W. Reisman (La. Bar No. 20410)
                                    George Denegre, Jr. (La. Bar No. 08387)
                                    Carey L. Menasco (La. Bar No. 28131)
                                    Melanie N. Derefinko (La. Bar No. 37658)
                                    **LISKOW & LEWIS, APLC**
                                    701 Poydras Street, Suite 5000
                                    New Orleans, LA  70139
                                    Telephone:  (504) 581-7979
                                    Facsimile:  (504) 556-4108
                                    Emails:  cwreisman@liskow.com
                                                          gdenegre@liskow.com
                                                          clmenasco@liskow.com
                                                          mderefinko@liskow.com

                                    Joseph D. Guerriero, T.A. (La. Bar #06391)
                                    Hartwell P. Morse, III (Admitted *Pro Hac Vice*)
                                    Robert M. Chiaviello, Jr. (La. Bar # No. 37370)
                                    **Luv N' Care, Ltd.**
                                    3030 Aurora Street, 2nd Floor
                                    Monroe, LA  71201
                                    Telephone:  (318) 338-3603
                                    Facsimile:  (318) 388-5892
                                    Emails:  joed@nuby.com
                                                          hartm@nuby.com
                                                          bobc@nuby.com

5114857_1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15th, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Carey L. Menasco*

5114857_1