## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE** | **CIVIL ACTION NO. 3:16-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

**IT IS ORDERED** that LNC's "Motion to Exclude Certain Supplemental Expert Testimony of John T. Kennedy" [Doc. No. 710] is **DENIED**.

A Ruling providing further reasoning will follow in due course.

Monroe, Louisiana, this 6th day of August, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE