UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

| | |
|---|---|
| LUV N' CARE | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

**ORDER**

**IT IS ORDERED** that EZPZ's "Partial Motion to Exclude Expert Testimony of Patent Attorney Marc Hubbard [Doc. No. 711] is **GRANTED IN PART** and **DENIED IN PART**.

Mr. Hubbard is permitted to offer the following:

1. testimony or opinions as to general PTO policy, practice, and procedure; and
2. testimony or opinions about the materiality of omitted prior art.

Mr. Hubbard is not permitted to offer the following:

1. testimony or opinions on Mr. Williams' intent, Ms. Laurain's intent, or any person's intent, or the inferences to be drawn from their actions or inactions; and
2. legal opinions or testimony that advises the Court on how the law should be interpreted or applied to the facts in this case.

A Ruling providing further reasoning will follow in due course.

Monroe, Louisiana, this 6th day of August, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE