# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **LUV N CARE LTD** | * | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL.** | * | **MAG. JUDGE PEREZ-MONTES** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that LNC's Motion to Set Status Conference [Doc. No. 792] is

**GRANTED**.  The Court is issuing a separate minute entry setting a telephone status

conference.

Monroe, Louisiana, this 9th day of August, 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**