**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**August 10, 2021**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **LUV N CARE LTD** | * | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL.** | * | **MAG. JUDGE PEREZ-MONTES** |

    The Court is in receipt of LNC's Motion to Reconsider Recent Ruling on LNC's Lanham Act Claim [Doc. No. 791]. Defendant EZPZ may file a response to the motion no later than August 17, 2021. LNC may file a reply no later than three (3) days after EZPZ files a response.

TAD

