**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**August 11, 2021**

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE, LTD** | **CIVIL ACTION NO. 3:16-CV-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EAZY-PZ, LLC** | **MAG. JUDGE PEREZ-MONTES** |

\*\*\*\*\*\*

A telephone pretrial conference was held in the above-referenced matter on August 11, 2021, beginning at 1:30 p.m. Luv N' Care, Ltd. ("LNC"), was represented by attorneys Carol W. Reisman, George Denegre, Jr., Carey L. Menasco, Melanie Derefinko, and Hartwell P. Morse, III. EAZY-PZ, LLC, was represented by Lisa C. Secor, Jan P. Christiansen, and Jennifer K. Fischer, with Lindsey Laurain, principal of EZPZ, also participating. Also participating were Scott Woloson, Technical Adviser; Dennis Stewart, Law Clerk; and Amy Crawford, Courtroom Deputy.

The participants discussed the effect that the USPTO's Notice of Intent to Issue Ex Part Reexamination [Doc. No. 788] will have on the bench trial on inequitable conduct presently set to begin August 23, 2021, and on the jury trial set to begin on August 30, 2021. After conferring with counsel, the Court ordered that the bench trial on inequitable conduct will be continued to Wednesday, August 25, 2021, and that the jury trial will be continued to a date to be set later.

The participants also discussed how long each side would need for presenting evidence and for opening and closing arguments during the bench trial.  After conferring with counsel, the Court ordered that each side would be allowed 28 hours to present evidence and a total of 3 hours to present their opening and closing arguments.

The participants discussed the issue of whether evidence of the pending re-examination by the USPTO could be presented during the bench trial.  After consultation with the parties, the Court indicated that evidence of the pending re-examination would not be admitted.

The Court inquired as to how many witnesses would be presenting testimony by Zoom.  LNC indicated none of its witnesses would testify by Zoom.  EZPZ indicated one of its witnesses would testify by Zoom.

The Court extended the deadline for each side to file its list of witnesses and exhibits for the bench trial to no later than August 18, 2021, at 5:00 p.m.  Counsel must convert may call witnesses to will call witnesses no later than August 18, 2021 at 5:00 p.m.

The Court further extended the deadline for each side to file a memorandum setting forth its proposed findings of fact and conclusions of law to no later than August 18, 2021, at 5:00 p.m.  The Court further extended the date for the parties to file a Joint Verdict Form to no later than August 18, 2021, at 5:00 p.m.

The participants discussed the issue of whether evidence of the pending re-examination by the USPTO could be presented during the bench trial.  After consultation with the parties, the Court indicated that evidence of the pending re-examination would not be admitted.

The date for the parties to exchange any charts, diagrams, or other exhibits of this type is extended to August 18, 2021.

The Court directed each party to provide two paper copies of its exhibits to chambers no later than Friday, August 20, 2021.  The court directed each party to provide an electronic copy of its exhibits to the Clerk on the morning of the bench trial.

The participants discussed the mask mandate.  The Court indicated that everyone who enters the courthouse must wear a mask; however, masks will not be mandated in the courtroom.  Live witnesses are to testify without a mask.

The conference ended at 2:30 p.m.

TAD

