MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
August 13, 2021

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **LUV N CARE LTD** | * | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL.** | * | **MAG. JUDGE PEREZ-MONTES** |

The parties shall submit responses to the objections to the deposition designations to Amy Crawford by Wednesday, August 18, 2021. The deposition designations, with objections and responses to objections, all on the same document, shall be sent to chambers via overnight mail to arrive no later than Friday, August 20, 2021, at noon.

TAD

