UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE, LTD.** | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LAURAIN, ET AL.** | **MAG. JUDGE JOSEPH H.L. PEREZ-MONTES** |

**MEMORANDUM ORDER**

Considering the objections to the bench trial depositions, the Court rules as follows:

**1.  Deposition of Rick Oslovic:**

**LNC's objections**:

LNC makes a general objection to this deposition on the grounds that it has no bearing on the matters at issue in the inequitable trial, in that Oslovic was a senior product designer for LNC and had no involvement with any of Mrs. Laurain's patent applications.
This general objection is OVERRULED.

The remainder of LNC's objections are OVERRULED.

**EZPZ's objections:**

EZPZ indicated no objections.

**2.  Deposition of Lindsey Laurain, Vol. 1:**

**LNC's objections:**

LNC objects to all of EZPZ's counter-designations to Deposition of Lindsey Laurain**, Vol 1 and Vol 2**, because LNC intends to play the video of this deposition at trial pursuant to Fed. R. Civ. P. 32(a)(3), as Ms. Laurain is an officer or managing agent of EZPZ, an adverse party, and EZPZ has no corresponding right; Ms.Laurain will be at trial, and EZPZ may call her to explain or clarify her deposition; and EZPZ's counter-designations interrupt the flow of LNC's designations and interject superfluous and objectionable material.
This general objection is OVERRULED.

The remainder of LNC's objections are OVERRULED.

**EZPZ's objections:**

EZPZ objects to the use of the answers to the questions regarding Exhibit 77 (see page 342 et al). This objection is OVERRULED.


### 3. Deposition of Lindsey Laurain, Vol 2:

**LNC's objections:**

LNC's objection to 179:16 – 179:22 is SUSTAINED.

The remainder of LNC's objections are OVERRULED.

**EZPZ'S objections**:

All of EZPZ's objections are OVERRULED.


### 4. Laurain Corporate Deposition:

**LNC's objections:**

LNC objects to all of EZPZ's counter-designations to this Deposition because LNC intends to play the video of this deposition at trial pursuant to Fed. R. Civ. P. 32(a)(3), as Ms. Laurain is an officer or managing agent of EZPZ, an adverse party, and EZPZ has no corresponding right; Ms.Laurain will be at trial, and EZPZ may call her to explain or clarify her deposition; and EZPZ's counter designations interrupt the flow of LNC's designations and interject superfluous and objectionable material.
This general objection is OVERRULED

LNC's objection to 51:17 – 52:19 is SUSTAINED.  (EZPZ agreed)

LNC's objection to 185:01 – 185:08 is SUSTAINED.  (EZPZ agreed)

LNC's objection to 315:11 – 315:18 is SUSTAINED.  (EZPZ agreed)

The remainder of LNC's objections are OVERRULED.

**EZPZ's objection:**

EZPZ's objection is OVERRULED.

**5.  Deposition of Jordan Bolton:**

**LNC's objections:**

LNC indicated no objections.

**EZPZ's objections:**

All of EZPZ's objections are OVERRULED.

**6.  Deposition of Timothy McCarthy:**

Neither side indicated any objections.

**7.  Deposition of Benjamin Williams, Vol. 1:**

**LNC's objection:**

LNC's objection is OVERRULED.

**EZPZ's objections:**

EZPZ indicated no objections.

**8.  Deposition of Benjamin Williams, Vol. 2:**

**LNC's objections:**

LNC's objection to 640:22 -- 641:04 is SUSTAINED. (EZPZ agreed).

LNC's objection to 691:22 -- 691:24 is SUSTAINED.  (EZPZ agreed).

LNC's objection to 692:01 -- 692:06 is SUSTAINED.  (EZPZ agreed).

LNC's objection to 766:17 – 766:23 is SUSTAINED.  (EZPZ agreed).

LNC's objection to 769:20 – 770:05 is SUSTAINED.  (EZPZ agreed).

The remainder of LNC's objections are OVERRULED.

**EZPZ's objections:**

EZPZ indicated no objections.

### 9.  Deposition of Joseph Chua:

**LNC's objections:**

LNC's objection to 175:22 – 176:07 is SUSTAINED.  (EZPZ agreed).

The remainder of LNC's objections are OVERRULED.

**EZPZ's objections:**

EZPZ indicated no objections.

### 10.  Deposition of Tamara Falcone, Vol. 1:

Neither side indicated any objections.

### 11.  Deposition of Tamara Falcone, Vol. 2:

**LNC's objections:**

LNC indicated no objections.

**EZPZ's objection:**

EZPZ's objection is OVERRULED.

### 12.  Deposition of Zachary Garthe, Vol. 1:

**LNC's objections:**

LNC's objection to 91:08 – 91:21 is SUSTAINED.  (EZPZ agreed)

LNC's objection to 260:11 – 260:21 is SUSTAINED.  (EZPZ agreed)

The remainder of LNC's objections are OVERRULED.

**EZPZ's objections:**

All of EZPZ's objections are OVERRULED.

### 13.  Deposition of Zachary Garthe, Vol. 2:

**LNC's objections:**

LNC's objection to 53:01 – 53:10 is SUSTAINED.  (EZPZ agreed)

The remainder of LNC's objections are OVERRULED.

**EZPZ'S objections:**

EZPZ indicated no objections.

### 14.  Deposition of Theodore Olds:

**LNC's objections:**

All of LNC's objections are OVERRULED.

**EZPZ's objections:**

All of EZPZ's objections are OVERRULED.

### 15.  Deposition of Jeff Prager:

Neither side indicated any objections.

### 16.  Deposition of Dawn Winkelmann:

Neither side indicated any objections.

### 17.  Deposition of Jamie Grayson:

**LNC's objection:**

LNC's objection is OVERRULED.

**EZPZ's objections:**

EZPZ indicated no objections.

**18.  Deposition of Brian Tobin:**

**LNC's objections:**

LNC indicated no objections.

**EZPZ's objections:**

EZPZ's objections are OVERRULED.

**19.  Deposition of Jennifer Chua:**

**LNC's objection:**

LNC's objection to 337:20 – 337:23 is SUSTAINED.  (EZPZ agreed)

LNC indicated no other objections.

**EZPZ's objections:**

EZPZ indicated no objections.

**20.  Deposition of Julie Clark:**

**LNC's objections:**

LNC's objections are OVERRULED.

**EZPZ'S objections:**

EZPZ's objections are OVERRULED.

    NOTE:  EZPZ's request to remove the following objections is GRANTED:

        a.  23:06
        b.  24:09
        c.  26:14
        d.  45:01
        e.  61:23
        f.  84:21

**21. Deposition of Eric Ludlum:**

Neither party indicated any objections.

Monroe, Louisiana, this 19th day of August, 2021.

                                                       _____
                                                      **TERRY A. DOUGHTY**
                                                      **UNITED STATES DISTRICT JUDGE**