UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 3:16-cv-00777 |
|    Plaintiff, | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| v. | * | |
| | * | MAGISTRATE JUDGE JOSEPH H. |
| LINDSEY LAURAIN, EAZY-PZ, LLC | * | L. PEREZ-MONTES |
|    Defendants | * | |
| | * | (JURY TRIAL DEMANDED) |

**LNC'S LOCAL RULE 26.7 PRETRIAL FILING OF
DISCOVERY MATERIALS TO BE USED AT TRIAL**

NOW INTO COURT, through undersigned counsel, comes Luv n' care, Ltd. and Nouri E. Hakim (collectively, "LNC") to identify the discovery materials that it intends to use at the August 25, 2021 trial of this matter in accordance with Local Rule 26.7. Those materials are as follows:

1. EZPZ's Responses to LNC's Third Set of Interrogatories. (January 24, 2020), attached as **Exhibit 1**.

2. LNC's First Set of Requests for the Production of Documents and Things (May 5, 2017), attached as **Exhibit 2**.

3. EZPZ's Objections and Responses to LNC's First Request for Production of Documents (June 5, 2017), attached as **Exhibit 3**.

4. EZPZ's Responses to LNC's Second Request for Admissions (July 13, 2018), attached as **Exhibit 4**.

5. EZPZ's Responses to LNC's Third Request for Admissions (August 13, 2018), attached as **Exhibit 5**.

Respectfully submitted,

  /s/  George Denegre, Jr.
Carol W. Reisman (La. Bar No. 20410)
George Denegre, Jr. (La. Bar No. 08387)
Carey L. Menasco (La. Bar No. 28131)
Melanie Derefinko (La. Bar No. 37658)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone:        (504) 581-7979
Facsimile:         (504) 556-4108
Email: cwreisman@liskow.com
            gdenegre@liskow.com
            clmenasco@liskow.com
            mderefinko@liskow.com


Hartwell P. Morse, III (Admitted *Pro Hac Vice*)
Robert M. Chiaviello, Jr. (La. Bar # No. 37370)
**Luv n' Care, Ltd.**
3030 Aurora Street, 2nd Floor
Monroe, LA  71201
Telephone: (318) 338-3603
Facsimile:         (318) 388-5892
Email:  hartm@nuby.com
            bobc@nuby.com

**Attorneys for Luv n' care, Ltd. and Nouri E. Hakim**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

  /s/  George Denegre, Jr.

5292292_1