**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LUV N CARE LTD** | **CASE NO. 3:16-CV-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Bench Trial – Inequitable Conduct (Day 2)**

| | | | |
|---|---|---|---|
| Date: | August 26, 2021 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 8:30 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 7:18p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 9:42 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Carol Welborn Reisman | For | Luv N Care Ltd, Plaintiff and Nouri |
| Carey Lyon Menasco | | Hakim, Counter Defendant |
| George Denegre Jr | | |
| Melanie Derefinko | | |
| Hartwell Powell Morse III | | |
| Jennifer K Fischer | For | Eazy-P Z L L C, Defendant |
| Lisa C Secor | | |
| J P Christianson | | |

**PROCEEDINGS**

**CASE CALLED:**
NONJURY TRIAL DAY 2

**PROCEEDINGS**:
Testimony & evidence for the plaintiff, continued.

**RULINGS/COMMENTS:**
Trial continued to August 27, 2021 at 8:30 a.m.