## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **LUV N CARE LTD** | **CASE NO. 3:16-CV-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### MINUTES OF COURT:
### Bench Trial – Inequitable Conduct (Day 5)

| | | | |
|---|---|---|---|
| Date: | August 31, 2021 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 8:30 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 7:04 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 9:34 | Courtroom: | 2nd Floor Courtroom |

### APPEARANCES

| | | |
|---|---|---|
| Carol Welborn Reisman | For | Luv N Care Ltd, Plaintiff and Nouri |
| Carey Lyon Menasco | | Hakim, Counter Defendant |
| George Denegre Jr | | |
| Melanie Derefinko | | |
| Hartwell Powell Morse III | | |
| Lisa C Secor | For | Eazy-P Z L L C, Defendant |
| J P Christianson | | |

### PROCEEDINGS

**CASE CALLED:**
NONJURY TRIAL DAY 5

**PROCEEDINGS**:
Testimony & evidence for the plaintiff completed.
Testimony & evidence for the Defendant begun.

**ORAL MOTIONS**
Motion for Directed Verdict by Defendant.

**RULINGS/COMMENTS:**
After receiving argument on the motion, the motion was denied.
Trial continued to September 1, 2021 at 8:30 a.m.