# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| LUV N CARE LTD | CASE NO.  3:16-CV-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## MINUTES OF COURT:
### Bench Trial – Inequitable Conduct (Day 6)

| | | | |
|---|---|---|---|
| Date: | September 1, 2021 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 8:40 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 7:20 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 9:40 | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Carol Welborn Reisman | For | Luv N Care Ltd, Plaintiff and Nouri |
| Carey Lyon Menasco | | Hakim, Counter Defendant |
| George Denegre Jr | | |
| Melanie Derefinko | | |
| Hartwell Powell Morse III | | |
| Lisa C Secor | For | Eazy-P Z L L C, Defendant |
| Jennifer Fisher | | |
| J P Christianson | | |

## PROCEEDINGS

**CASE CALLED:**
NONJURY TRIAL DAY 6

**PROCEEDINGS**:
Testimony & evidence for the Defendant continued.

**RULINGS/COMMENTS:**
Trial continued to September 2, 2021 at 8:30 a.m.