**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LUV N CARE LTD** | **CASE NO. 3:16-CV-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Bench Trial – Inequitable Conduct (Day 8)**

| | | | |
|---|---|---|---|
| Date: | September 2, 2021 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 2:00 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 5:00 | Courtroom: | 2nd Floor Courtroom |

### APPEARANCES

| | | |
|---|---|---|
| Carol Welborn Reisman | For | Luv N Care Ltd, Plaintiff and Nouri |
| Carey Lyon Menasco | | Hakim, Counter Defendant |
| George Denegre Jr | | |
| Melanie Derefinko | | |
| Hartwell Powell Morse III | | |
| Lisa C Secor | For | Eazy-P Z L L C, Defendant |
| Jennifer Fisher | | |
| J P Christianson | | |

### PROCEEDINGS

**CASE CALLED:**
NONJURY TRIAL DAY 8

**PROCEEDINGS**:
Additional evidence for the Plaintiff admitted.
Testimony and evidence for the Defendant concluded.
Closing Arguments by Plaintiff and Defendant.

**RULINGS/COMMENTS:**
Parties are ordered to update their Findings of Fact and Conclusions of Law within 21 days after the filing of the transcript. Matter taken under advisement.

**FILINGS:**
Witness List
Exhibit List