UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

### ORDER

Previously, the Court appointed Scott Woloson as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiffs and Defendants and timely paid as billed.  The Court has received Mr. Woloson's invoice, attached, for services from August 14, 2021 through September 10, 2021, in the amount of $30,277.40. Accordingly,

**IT IS ORDERED** that the parties make payment directly to Mr. Woloson within fifteen (15) days of this Order as follows:

Plaintiffs: $15,138.70

Defendants: $15,138.70

Send payment to Law Office of Scott Woloson, P.C., at the following address:

1431 Wirt Road, #141
Houston, TX. 77055

**IT IS FURTHER ORDERED** that Defendants appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Woloson on behalf of Defendants.

**IT IS FURTHER ORDERED** that Plaintiffs appoint a lead counsel to collect payment from Plaintiffs and to make a single payment to Mr. Woloson on behalf of Plaintiffs.

**Monroe, Louisiana, this 13th day of September, 2021.**

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE