**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LUV N' CARE, LTD.** | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LAURAIN, ET AL.** | **MAG. JUDGE JOSEPH H.L. PEREZ-MONTES** |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that Plaintiff Luv N' Care, Ltd. and Nouri E. Hakim's ("LNC") Motion to Supplement Record with Audio/Video Recordings Played at Trial but Not Transcribed [Doc. No. 842] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Notice of Manual Attachment attached to the Motion be filed into the record of this proceeding.

**IT IS FURTHER ORDERED** that the audio and video recordings described in the Notice of Manual Attachment are hereby filed into the record of this proceeding and shall be maintained in the division of the presiding judge until the expiration of appeal delays.

Monroe, Louisiana, this 9th day of November 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE