UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

**FINAL JUDGMENT**

For the reasons set forth in this Court's Findings of Fact and Conclusions of Law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is rendered in favor of Plaintiff Luv n' care, Ltd. and Nouri E. Hakim (collectively, "LNC") against Defendant Eazy-PZ, LLC (collectively "EZPZ"), finding that the doctrine of unclean hands bars EZPZ's requested relief. Accordingly, the entirety of EZPZ's remaining counterclaims (Counts I, II, VI, XII, XIII)[1] against LNC are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that LNC did not meet its burden of proving that U.S. Patent No. 9,462,903 should be rendered unenforceable due to inequitable conduct under any of its theories.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that LNC's only remaining claim for injunctive relief under the Lanham Act is **DISMISSED WITHOUT PREJUDICE**.[2] There is no evidence before the Court that EZPZ has continued or that it will in the future organize, engage in, facilitate, orchestrate or conspire with others in any further social media attacks and boycotts against LNC.[3]

No damages will be awarded to either party. All relief not specifically granted herein is

---

[1] Dkt. No. 40, Dkt. No. 748 at 6-11.
[2] Dkt. Nos. 761 and 783.
[3] *Logan v. Burgers Ozark Country Cured Hams, Inc.,* 263 F.3d 447, 465 (5th Cir. 2001).

Denied. The Clerk is directed to close the above-captioned case. This Order is final and appealable.

Monroe, Louisiana, this 21st day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE