UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

### ORDER

Considering the foregoing,

**IT IS ORDERED** that LNC's Consent Motion for Extension of Deadline to File Motions for the Award of Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927 and/or the Court's Inherent Power [Doc. No. 855] is **GRANTED**. The deadline is **EXTENDED** to January 25, 2022.

Monroe, Louisiana, this 27th day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE