# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE, LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EAZY-PZ, LLC,**<br><br>*Defendant.* | Civil Action No.: 3:16-cv-00777<br><br>Honorable Judge Terry A. Doughty<br><br>Magistrate Judge Joseph H. L. Perez-Montes |

### DEFENDANT EAZY-PZ, LLC'S MOTION PURSUANT TO FED. R. CIV. P. 59 AND/OR FED. R. CIV. P. 60 TO ALTER AND AMEND JUDGMENT AND RULINGS IN LIGHT OF THE USPTO REEXAMINATION CERTIFICATE OF THE '903 PATENT AND FINDINGS OF FACT BY THE COURT

Defendant Eazy-PZ, LLC ("EZPZ") moves the Court to amend its Findings of Fact and to alter its Judgment re Obviousness pursuant to Fed R. Civ. P. 59 and/or Fed. R. Civ. P. 60 to Alter Judgment and Rulings In Light of the USTPO Reexamination Certificate of the '903 Patent and other findings of fact by the Court, as follows in the supporting Memorandum, and as below:

1. EZPZ contends that the Patent and Trademark Office's reexamination of the '903 Patent and issuance of a Certificate of Reexamination, confirmed in all respects, after consideration of the prior art relied upon by the Court, requires the findings, orders, and judgment to be altered and amended to allow EZPZ to move forward on the merits of its claim. It is a manifest error of law to refuse to consider such evidence before ruling, and it is new evidence that was not previously before the Court warranting consideration of this evidence.

2. The Ruling on Reconsideration [Doc. No. 849] must also be altered due to impermissible findings of fact entered by the Court. The findings show that the Court weighed

1

evidence in reaching conclusions. Yet, the evaluation of evidence is impermissible at the summary judgment motion stage. Denial of the summary judgment motion is warranted. The bench trial held on inequitable conduct, affirmative egregious misconduct and unclean hands cannot substitute for the trial to which EZPZ was entitled on the specific claim of patent infringement and defense of invalidity. In addition, some of the factual findings made by the Court are unsupported or contradicted by the record.

3. EZPZ was not provided notice that the Court would use the bench trial held on inequitable conduct, affirmative egregious misconduct and unclean hands for resolution of a motion regarding reconsideration of the determination of invalidity of the '903 Patent. *See,* October 2020 Order entered 10 months before trial. [Doc. No. 661].

4. EZPZ offers the Memorandum of Law filed contemporaneously herewith in support of this Motion, and related Exhibits 1 through 4, including the file wrapper of the reexamination [Exhibit 1]; an excerpt of LNC's expert report on invalidity [Exhibit 2]; an excerpt of LNC's expert from his deposition [Exhibit 3]; and information regarding Tommee Tippee patent protection [Exhibit 4].

**WHEREFORE, EZPZ respectfully requests the Court grant the relief requested herein of altering or amending the rulings and judgments finding the '903 Patent obvious. [Doc. No. 522, 523, 661, 849, 850, 852]. Summary Judgment requires a jury trial to resolve factual questions related to EZPZ's claims of infringement and LNC's defense of invalidity to weigh the evidence.**

Respectfully submitted this 18th day of January, 2022.

*Jennifer K. Fischer*
_____
Jennifer K. Fischer (CO Reg. No. 36590)

(Admitted *Pro Hac Vice*)
E-Mail: Jennifer@fischeresq.com
Lisa C. Secor (CO Reg. No. 25394)
(Admitted *Pro Hac Vice*)
E-Mail: Lisa@fischeresq.com
Ronnie Fischer (CO Reg. No. 35260)
(Admitted *Pro Hac Vice*)
E-Mail: Ronnie@fischeresq.com
Fischer & Fischer, P.C.
1777 South Harrison Street, Suite 1500
Denver, Colorado 80210
Telephone: (303) 756-2500
Facsimile: (303) 756-2506

*/s/ J.P. Christiansen*
J.P. Christiansen
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300
Monroe, Louisiana 71210
E-Mail: jpchris@hpblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, a copy of the foregoing was filed via the CM/ECF Court E-filing which will serve the following:

Melanie Derefinko
Carol W. Reisman
George Denegre, Jr.
Carey L. Menasco
LISKOW & LEWIS, APLC
701 Poydras Street, Suite 5000
New Orleans, LA 70139
    *mderefinko@liskow.com*
    *cwreisman@liskow.com*
    *gdenegre@liskow.com*
    *clmenasco@liskow.com*

Hartwell P. Morse, III
Luv N' Care, Ltd.
3030 Aurora Street, 2nd Floor
Monroe, LA 71201
    *hartm@nuby.com*

                                                      */s/ Jennifer K. Fischer*
                                                      Jennifer K. Fischer (CO Reg. No. 36590)