**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**January 20, 2022**

### UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **LUV N CARE LTD** | * | **CIVIL ACTION NO. 3:16-cv-00777** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN ET AL.** | * | **MAG. JUDGE PEREZ-MONTES** |

The Court is in receipt of EZPZ's Motion to Alter and Amend Judgment and Rulings [Doc. No. 862] and EZPZ's Motion for Amendment of Findings of Fact, Conclusions of Law, and Judgment [Doc. No. 863]. LNC may file a response no later than February 4, 2022. EZPZ may file a reply to LNC's response no later than seven (7) days after the response is filed.

TAD

