UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

ORDER

Considering the foregoing,

**IT IS ORDERED** that LNC's Unopposed/Consent Motion for Extension of Deadline to File Opposition Briefs [Doc. No. 867] is **GRANTED**. The deadline for LNC to file opposition briefs to EZPZ's Motion to Alter and Amend Judgment and Rulings [Doc. No. 862] and EZPZ's Motion for Amendment of Findings of Fact, Conclusions of Law, and Judgment [Doc. No. 863] is extended to February 18, 2022.

Monroe, Louisiana, this 21st day of January 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE