UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE, LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LAURAIN, et al.,**<br><br>*Defendants.* | Civil Action No.: 3:16-cv-00777<br><br>Honorable Judge Terry A. Doughty<br><br>Magistrate Judge Joseph H. L. Perez-Montes |

### DEFENDANT EAZY-PZ, LLC'S MOTION FOR ATTORNEY'S FEES PURSUANT TO LA.REV.STAT. § 51:1409 AND 15 U.S.C. § 1117(A)

EZPZ respectfully moves the Court pursuant to La.Rev.Stat. § 51:1409 and 15 U.S.C. § 1117(a) to award EZPZ attorney's fees. EZPZ is entitled to recover the attorney's fees it has incurred defending against LNC's groundless claims under LUTPA that were done for purposes of bad faith and harassment. LNC's internal emails and actions can lead to no other conclusion.

EZPZ is further entitled to its attorney's fees under Lanham Act for this case being "exceptional" for many of the same reasons shown under the LUTPA analysis.

As a result, EZPZ is entitled to recover the $1,095,809 in attorney's fees incurred in defending against and defeating LNC's LUTPA and Lanham Act claims and all other inextricably intertwined claims. The fees sought have been apportioned and are reasonable and fair, both in the total sought and the hourly rates charged by EZPZ's attorneys, given the claims alleged in this action, the potential exposure, and the complexity of the issues presented.

Respectfully submitted this 1st day of February, 2022.

*Jennifer K. Fischer*
_____
Jennifer K. Fischer (CO Reg. No. 36590)
(Admitted *Pro Hac Vice*)
E-Mail: Jennifer@fischeresq.com
Lisa C. Secor (CO Reg. No. 25394)
(Admitted *Pro Hac Vice*)
E-Mail: Lisa@fischeresq.com
Ronnie Fischer (CO Reg. No. 35260)
(Admitted *Pro Hac Vice*)
E-Mail: Ronnie@fischeresq.com
Fischer & Fischer, P.C.
1777 South Harrison Street, Suite 1500
Denver, Colorado 80210
Telephone: (303) 756-2500
Facsimile: (303) 756-2506

*/s/ J.P. Christiansen*
_____
J.P. Christiansen
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300
Monroe, Louisiana 71210
E-Mail: jpchris@hpblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, a copy of the foregoing was filed via the CM/ECF Court E-filing which will serve the following:

Melanie Derefinko
Carol W. Reisman
George Denegre, Jr.
Carey L. Menasco
LISKOW & LEWIS, APLC
701 Poydras Street, Suite 5000
New Orleans, LA 70139
      *mderefinko@liskow.com*
      *cwreisman@liskow.com*
      *gdenegre@liskow.com*
      *clmenasco@liskow.com*

Hartwell P. Morse, III
Luv N' Care, Ltd.
3030 Aurora Street, 2nd Floor
Monroe, LA 71201
      *hartm@nuby.com*

*/s/ Jennifer K. Fischer*
_____
Jennifer K. Fischer (CO Reg. No. 36590)