Exhibit 3

HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

| | |
|---|---|
| **From:** | Eddie Hakim <Eddie Hakim <eddiehak49@gmail.com>> |
| **Sent:** | Saturday, March 26, 2016 8:38 PM |
| **To:** | Nathan Shamosh <nathans@nuby.com> |
| **Cc:** | Allison Jemes <allisonj@nuby.com> |
| **Subject:** | Re: ezpz comments on a consumer's personal Instagram photo about the Nuby Sure Grip Miracle Mat in it. |

You can take it to the bank. She does not have a patent.

Eddie

Sent from my iPhone

On Mar 26, 2016, at 8:16 PM, Nathan Shamosh <nathans@nuby.com> wrote:

> This lady was on Shark Tank again last night (rerun). I have a feeling she will bitterly regret the day she picked a fight with Eddie.
>
> Thanks,
>
> **Nathan Shamosh** / Nuby
> 732-483-4266 – Office
> 732-996-8908 - Mobile
>
> **From:** Allison jemes <allisonj@nuby.com>
> **Date:** Saturday, March 26, 2016 at 12:58 PM
> **To:** Ed Hakim <eddiehak49@gmail.com>, Nathan Shamosh <nathans@nuby.com>
> **Subject:** ezpz comments on a consumer's personal Instagram photo about the Nuby Sure Grip Miracle Mat in it.
>
> FYI... Please see the attached. This is NOT a photo on Nuby's Instagram page; it is a photo from a consumer's personal account.
>
> I have put an arrow next to the 2 comments that EzPz made so that you can quickly see them. In the past 30 minutes no more comments have been made.
>
> Best.
> Allison



EXHIBIT
EZPZ-72