Exhibit 6

HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

| | |
|---|---|
| **From:** | Eddie Hakim <eddiehak49@gmail.com> |
| **Sent:** | Monday, May 2, 2016 9:55 PM |
| **To:** | Nathan Shamosh <nathans@nuby.com> |
| **Subject:** | Re: FW: EZPZ at Buy Buy Baby |

$25.00  We are going to tear their ASS  a new asshole.

Eddie

On Mon, May 2, 2016 at 9:48 PM, Nathan Shamosh <nathans@nuby.com> wrote:
> See attached.
>
> Thanks,
>
> **Nathan Shamosh / Nuby**
> 732-483-4266 – Office
> 732-996-8908 - Mobile
>
> **From:** Mayer Lichtman <mayerl@uniquelook.com>
> **Date:** Monday, May 2, 2016 at 8:02 PM
> **To:** Nathan Shamosh <nathans@nuby.com>
> **Subject:** Re: EZPZ
>
> No overhead sign, checked in 2 stores
>
> Thank You
> Mayer Lichtman
> Unique Look Inc. / Nûby
> 123 RT. 46 W
> Fairfield, NJ 07004
> 973-377-5555 x 379
> 973-377-6738 Fax
> visit our new website at www.nuby.com



EXHIBIT
EZPZ 41

HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

LNC047861