Exhibit 8

# EXHIBIT 1198

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY

From: **Maria Burnell** <maria.burnell@nuby-uk.com>
Date: Mon, Oct 19, 2015 at 1:51 PM
Subject: Re: Suregrip Silicone Mat sell in sheet for Boots......they love love loved it!!
To: Steve Ariel <sariel.nuby@gmail.com>
Cc: Megan Rushing <meganr@nuby.com>, Nathan Shamosh <nathans@nuby.com>

Eddie has done one...I will send it onto you!!

Maria Burnell
Managing Director
Nuby UK LLP

On 19 Oct 2015, at 18:41, Steve Ariel <sariel.nuby@gmail.com> wrote:

> Excellent. Btw EZ PZ booth at the ABC show right now is again the most crowded here in the entire show and they have a new product: face in a smaller circle instead of on the giant rectangle mat. I'll try to get a better picture of it but I really really think we need to do a good looking face for it to truly pop.



EXHIBIT 314

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY          SAriel000727

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY



On Oct 19, 2015, at 9:16 AM, Maria Burnell <maria.burnell@nuby-uk.com> wrote:

Steve -- we have polished to tool as per your SA distributor request and I have added spots!!!   They look lovely!

<image001.png>

**Maria Burnell**
Managing Director

Telephone: +441915190487  Cell: +447515725794

<image002.jpg>

This message contains confidential information and is intended only for the recipients  If you are not the intended recipient you should not disseminate, distribute or copy this e-mail  Please notify Nuby UK LLP immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system  E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses  Nuby UK LLP does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission  If verification is required please request a hard-copy version

NUBY UK LLP, Unit 6 Boldon Court, Burford Way, Boldon Business Park,Tyne & Wear  NE35 9PY  Tel: +441915190487

Please consider the environment before printing this email.

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY                    SAriel000728

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY    SAriel000729