Exhibit 9

HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

| | |
|---|---|
| **From:** | Nathan Shamosh <nathans@nuby.com> |
| **Sent:** | Wednesday, December 2, 2015 1:36 PM |
| **To:** | Steve Ariel - gmail <sariel.nuby@gmail.com> |
| **Subject:** | FW: EZPZ mini mat |
| **Attach:** | Screen Shot 2015-12-02 at 1.00.40 PM.png |

Thanks,

**Nathan Shamosh** / Nuby
732-483-4266 – Office
732-996-8908 - Mobile

**From:** Allison jemes <ajemes.luvncare@yahoo.com>
**Date:** Wednesday, December 2, 2015 at 2:03 PM
**To:** Nathan Shamosh <nathans@nuby.com>
**Subject:** EZPZ mini mat

FYI… not sure if you have seen this. There has been a bit of excitement the last few weeks about this new item from ezpz.
http://www.ezpzfun.com/mini-mat-in-coral/



HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

LNC049187

HIGHLY CONFIDENTIAL, COUNSEL EYES ONLY



HIGHLY CONFIDENTIAL,
COUNSEL EYES ONLY

LNC049188