## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 3:16-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that EZPZ's Unopposed Motion to Exceed Page Limits for its Response in Opposition to Plaintiff's Application to Tax Costs [Doc. No. 894] is **GRANTED**. The Response in Opposition [Doc. No. 893] is **FILED**.

Monroe, Louisiana, this 28th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE