UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUV N CARE LTD | CASE NO. 3:16-CV-00777 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Considering the foregoing Unopposed Motion to Extend Deadlines Related to Motions for Attorneys' Fees [Doc. No. 908],

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines for the parties to file their respective responses to the other party's motion for attorneys' fees is hereby **EXTENDED** to March 31, 2022. The replies in support of each party's respective motion for attorneys' fees shall be filed on or before April 22, 2022.

MONROE, LOUISIANA, this 22nd day of March 2022.

_____
Terry A. Doughty
United States District Judge