UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE** | **CIVIL ACTION NO. 3:16-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that EZPZ's "Motion Pursuant to Fed R. Civ. P. 59 and/or Fed. R. Civ. P. 60 to Alter and Amend Judgment and Rulings in light of the USPTO Reexamination Certificate of the '903 Patent and Findings of Fact by the Court" [Doc. No. 862] is **GRANTED IN PART** and **DENIED IN PART.**

**MONROE, LOUISIANA** this 9th day of June 2022.

						_____
						**TERRY A. DOUGHTY**
						**UNITED STATES DISTRICT JUDGE**