**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

LUV N' CARE                                    CIVIL ACTION NO. 3:16-00777

VERSUS                                         JUDGE TERRY A. DOUGHTY

LINDSEY LAURAIN, ET AL.                        MAG. JUDGE PEREZ-MONTES

<u>**ORDER**</u>

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that EZPZ's "Motion for Amendment of Findings of Fact, Conclusions

of Law, and Judgment Pursuant to Fed. R. Civ. P. 52 and/or Fed R. Civ. P. 59." [Doc. No. 863] is

**GRANTED IN PART** and **DENIED IN PART.**

The Court will enter an Amended Findings of Fact and Conclusions of Law that will

replace the Original Findings of Fact and Conclusions of Law [Doc. No. 851].

**MONROE, LOUISIANA** this 9th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**