UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE** | **CIVIL ACTION NO. 3:16-00777** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINDSEY LAURAIN, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that LNC's "Notice of Application to Tax Costs" [Doc. No. 866] is **DENIED.**

**IT IS ORDERED** that EZPZ's "Motion for Attorney's Fees Pursuant to La. Rev. Stat. § 51:1409 and 15 U.S.C. § 1117(a)" [Doc. No. 874] is **DENIED.**

**IT IS ORDERED** that LNC's "Motion for Attorney's Fees and Expenses Pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927 and/or the Court's Inherent Power" [Doc. No. 877] is **DENIED.**

**MONROE, LOUISIANA** this 9th day of June 2022.

                                              _____
                                              **TERRY A. DOUGHTY**
                                              **UNITED STATES DISTRICT JUDGE**