## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **LUV N' CARE, LTD.** | * | **CIVIL ACTION NO. 3:16-cv-00777** |
| **Plaintiff,** | * | |
| | * | **JUDGE TERRY A. DOUGHTY** |
| v. | * | |
| | * | **MAGISTRATE JUDGE JOSEPH H.** |
| **LINDSEY LAURAIN, EAZY-PZ, LLC** | * | **L. PEREZ-MONTES** |
| **Defendants** | * | |
| | * | |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Luv n' care, Ltd. and Counterclaim-Defendant Nouri E. Hakim (collectively "LNC") hereby appeal to the United States Court of Appeals for the Federal Circuit from that portion of the Amended Findings of Fact and Conclusions of Law (Doc. No. 931), dated June 9, 2022, and that portion of the Final Judgment (Doc. 852), dated December 21, 2021, finding that "LNC did not meet its burden of proving that U.S. Patent No. 9,462,903 should be rendered unenforceable due to inequitable conduct under any of its theories." Doc. No. 852. LNC further appeals from the Ruling (Doc. No. 932) and related Order (Doc. No. 933), dated June 9, 2022, denying LNC's Notice of Application to Tax Costs (Doc. No. 866) and LNC's Motion for Attorney's Fees and Expenses Pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927 and/or the Court's Inherent Power (Doc. No. 877). LNC also appeals from that portion of the Ruling (Doc. No. 929) and related Order (Doc. No. 930), dated June 9, 2022, removing Section II.e), Section II.f) and Section II. h)5 (including subparagraphs (i) through (iii)) from the Unclean Hands section of the original Findings of Fact and Conclusions of Law (Doc. No. 851), dated December 21, 2021, and failing to adopt and incorporate these very same findings of fact in the Amended Findings of Fact and Conclusions of Law (Doc. No. 931). All parties' claims are now adjudicated. Because this civil action involves the final decision of a district court in a civil action arising under

an Act of Congress relating to patents, the United States Court of Appeals for the Federal Circuit has exclusive jurisdiction of this appeal pursuant to 28 U.S.C. § 1295(a).

Respectfully submitted this 10th day of June, 2022.

    */s/ Carol W. Reisman*
Carol W. Reisman (La. Bar No. 20410)
George Denegre, Jr. (La. Bar No. 08387)
Carey L. Menasco (La. Bar No. 28131)
Melanie Derefinko (La. Bar No. 37658)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone:     (504) 581-7979
Facsimile:     (504) 556-4108
Email: cwreisman@liskow.com
       gdenegre@liskow.com
       clmenasco@liskow.com
       mderefinko@liskow.com

Robert M. Chiaviello, Jr. (La. Bar No. 37370)
Hartwell P. Morse, III (La. Bar No. 38626)
**Luv N' Care, Ltd.**
3030 Aurora Street, 2nd Floor
Monroe, LA  71201
Telephone:     (318) 338-3603
Facsimile:     (318) 388-5892
Email: bobc@nuby.com
       hartm@nuby.com

**Attorneys for Luv n' care, Ltd. and Nouri E. Hakim**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 10, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

    /s/    *Carol Welborn Reisman*

#5426165v1