UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 3:16-cv-00777 |
| **Plaintiff,** | * | (USFCA Case No. 22-1905) |
| | * | |
| v. | * | JUDGE TERRY A. DOUGHTY |
| | * | |
| EAZY-PZ, LLC | * | MAGISTRATE JUDGE JOSEPH H. |
| **Defendant** | * | L. PEREZ-MONTES |
| | * | |

## NOTICE OF CROSS-APPEAL

Defendant Eazy-PZ, LLC ("EZPZ") hereby gives notice that it cross-appeals to the United States Court of Appeals for the Federal Circuit the judgments or orders entered in this action. EZPZ's cross-appeal includes appeal of issues raised in the following orders (and the orders related to them):

1.      The portion of the Amended Findings of Fact and Conclusions of Law, dated June 9, 2022, [Doc. No. 931] and the portion of the Final Judgment, dated December 21, 2021, [Doc. No. 852] rendering judgment in favor of Plaintiff Luv n' Care, Ltd. and Nouri E. Hakim (collectively "LNC") against Eazy-PZ, LLC ("EZPZ") and dismissing EZPZ's remaining counterclaims (Counts I, II, VI, XII, XII) on the basis that the doctrine of unclean hands bars EZPZ's requested relief. Related rulings and orders include, but are not limited to:

   a.   The Ruling and Order denying EZPZ's Motion to Alter Judgment and Amendment of Findings of Fact, Conclusions of Law and Judgment re Unclean Hand, dated June 9, 2022, [Doc. Nos. 929, 930], except for the portion of the Order that removed certain sections of the original Findings of Fact and Conclusion of Law, dated December 21, 2021, (Doc. No. 851);

   b.   The Ruling and Order denying EZPZ's motion for directed verdict, dated August

31, 2022, [Doc. Nos. 821 and 822];

c.  The Order, dated January 2, 2020, [Doc. No. 463] granting in part LNC's Motion in Limine ("MIL") and requiring waiver of attorney-client privilege, patent-agent privilege and the work product doctrine as a condition to EZPZ asserting its good faith defense to inequitable conduct;

d.  The Order, dated January 15, 2020, [Doc. No. 471] requiring EZPZ to produce further privileged and work product information;

e.  The Ruling and Order, dated February 3, 2020 [Doc. Nos. 479 and 480] denying EZPZ's motion for protective order to exclude the '823 application from discovery;

f.  The Ruling and Order, dated March 13, 2020 [Doc. Nos. 512 and 513] which expanded the scope of discovery to additional patent application file wrappers for applications filed after EZPZ's utility patent was granted; and

g.  The portion of the Ruling and Order, dated March 29, 2021, [Doc. Nos. 715 and 716] ruling on a motion in limine that nonfinal office actions in continuing patent applications are admissible evidence [Doc. No. 716, MIL No. 4, pp. 30-31].

2.  The Judgment, dated December 21, 2021, [Doc. No. 850] rendering judgment in favor of LNC and against EZPZ, finding that the claims of the '903 Patent are invalid and unenforceable as being obvious under 35 U.S.C. § 103, and dismissing EZPZ's infringement counterclaims (Counts I and XII). Related rulings and orders include, but are not limited to:

a.  The Ruling and Order, dated May 18, 2020, [Doc. Nos. 522 and 523] granting LNC summary judgment and dismissing EZPZ's utility patent based on obviousness;

b. The Order, dated October 15, 2020, [Doc. No. 661] denying the Motion for Reconsideration of the Obviousness Ruling ;

c. The Ruling, dated December 21, 2021, [Doc. No. 849 ] ostensibly supporting the Order denying the Motion for Reconsideration of the Obviousness Ruling; and

d. The Ruling and Order, dated June 9, 2022, [Doc. Nos. 927 and 928] denying EZPZ's Motion to Alter Judgment and Rulings in Light of the USPTO Reexamination Certificate of the '903 Patent and Findings of Fact by the Court.

3.      The portion of the Ruling and Order, dated June 9, 2022, [Doc. Nos. 932 and 933] denying EZPZ's request for entitlement to attorneys' fees for prevailing against LNC's Louisiana Unfair Trade Practices Act ("LUTPA") and Lanham Act claims.

4.      A portion of the Ruling and Order, dated August 24, 2020, [Doc. Nos. 640 and 641] resolving a *Daubert* motion, in which the Court entered a claim construction of U.S. Patent No. D745,327. Related orders include, but are not limited to:

a. The portion of the Order, dated July 21, 2021, [Doc. No. 761] ruling that the claim construction ruling embedded in the *Daubert*-resolution order is a proper claim construction of the design patent [*Id.*, Issue No. 8 at p. 5]; and

b. The portion of the Ruling and Order, dated August 5, 2021 [Doc. Nos. 784 and 785], affirming the claim construction effect of the previous rulings [Doc. No. 784 granting MIL No. 24 pp. 6-10].

5.      The Ruling and Order, dated August 5, 2021, [Doc. Nos. 786 and 787] granting LNC's motion to strike EZPZ's supplement expert report of Michael Henley (Doc. No. 673).

Dated June 23, 2022.

Respectfully submitted,

*/s/ Jennifer K. Fischer*
Jennifer K. Fischer (CO Reg. No. 36590)
(Admitted *Pro Hac Vice*)
E-Mail: Jennifer@fischeresq.com
Lisa C. Secor (CO Reg. No. 25394)
(Admitted *Pro Hac Vice*)
E-Mail: Lisa@fischeresq.com
Ronnie Fischer (CO Reg. No. 35260)
(Admitted *Pro Hac Vice*)
E-Mail: Ronnie@fischeresq.com
Fischer & Fischer, P.C.
1777 South Harrison Street, Suite 1500
Denver, Colorado 80210
Telephone: (303) 756-2500
Facsimile: (303) 756-2506

*/s/ J.P. Christiansen*
J.P. Christiansen
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300
Monroe, Louisiana 71210
E-Mail: jpchris@hpblaw.com

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, a copy of the foregoing Notice was filed via the CM/ECF Court E-filing which will serve the following:

Melanie Derefinko
Carol W. Reisman
George Denegre, Jr.
Carey L. Menasco
LISKOW & LEWIS, APLC
701 Poydras Street, Suite 5000
New Orleans, LA 70139
  *mderefinko@liskow.com*
  *cwreisman@liskow.com*
  *gdenegre@liskow.com*
  *clmenasco@liskow.com*

Hartwell P. Morse, III
Luv N' Care, Ltd.
3030 Aurora Street, 2nd Floor
Monroe, LA 71201
  *hartm@nuby.com*

*/s/ Jennifer K. Fischer*