UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 3:16-cv-00777 |
|    Plaintiff, | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| v. | * | |
| | * | MAGISTRATE JUDGE JOSEPH H. |
| LINDSEY LAURAIN, EAZY-PZ, LLC | * | L. PEREZ-MONTES |
|    Defendants | * | |
| | * | |

## LNC'S CERTIFICATE PURSUANT TO RULE 10(b)(1)(B) OF THE FEDERAL RULES OF APPELLATE PROCEDURE

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, Appellants, Luv n' care, Ltd. and Nouri E. Hakim (collectively, LNC"), are not ordering any transcript. All relevant materials have already been transcribed and are on file in the district court record.

Date:   June 29, 2022.

                                             /s/ Carol W. Reisman
                                       Carol W. Reisman (La. Bar No. 20410)
                                       George Denegre, Jr. (La. Bar No. 08387)
                                       Carey L. Menasco (La. Bar No. 28131)
                                       Melanie Derefinko (La. Bar No. 37658)
                                       **LISKOW & LEWIS, APLC**
                                       701 Poydras Street, Suite 5000
                                       New Orleans, LA  70139
                                       Telephone:     (504) 581-7979
                                       Facsimile:      (504) 556-4108
                                       Email: cwreisman@liskow.com
                                                     gdenegre@liskow.com
                                                     clmenasco@liskow.com
                                                     mderefinko@liskow.com

                                             -and-

> Robert M. Chiaviello, Jr. (La. Bar No. 37370)
> Hartwell P. Morse, III (La. Bar No. 38626)
> **Luv N' Care, Ltd.**
> 3030 Aurora Street, 2nd Floor
> Monroe, LA  71201
> Telephone:     (318) 338-3603
> Facsimile:     (318) 388-5892
> Email: bobc@nuby.com
> hartm@nuby.com
>
> **Attorneys for Luv n' care, Ltd. and Nouri E. Hakim**

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on June 29, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

　　　　　　　　　　　　　　　　/s/   *Carol Welborn Reisman*