# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LUV N' CARE, LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EAZY-PZ, LLC, et. al.**<br><br>*Defendant.* | Civil Action No.: 3:16-cv-00777<br><br>Honorable Judge Terry A. Doughty<br><br>Magistrate Judge Joseph H. L. Perez-Montes |

### NOTICE REGARDING APPEAL RIGHTS AND BANKRUPTCY STAY

Defendant and Counter-Plaintiffs Eazy-PZ, LLC ("EZPZ"), through undersigned counsel, respectfully submits this Notice to clarify its position regarding appellate rights in light of its pending bankruptcy.

1.

On June 18, 2025, EZPZ filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado (Case No. 25-13720). That filing triggered the automatic stay under 11 U.S.C. § 362, which applies to this action.

2.

Subsequent to the bankruptcy filing, this Court entered orders denying EZPZ's Rule 59 and Rule 60 motions (ECF Nos. 1037, 1041). EZPZ maintains that these post-petition rulings are inconsistent with the automatic stay and therefore void or, at minimum, subject to question.

3.

Out of an abundance of caution, EZPZ wishes to inform the Court and the parties that it intends to appeal the Final Judgment (ECF No. 975), the Amended Ruling and Order Following Remand (ECF Nos. 976, 977), the subsequent denials of its Rule 59 and Rule 60 motions, and all other opinions, rulings, and orders in this action adverse to EZPZ, whether subsumed within the Final Judgment or not. EZPZ understands that the case remains stayed in view of the bankruptcy proceedings, and accordingly, EZPZ's position is that the 30-day clock for filing a Notice of Appeal is tolled until the stay is lifted. At that time, EZPZ will file a formal Notice of Appeal within 30 days of the lifting of the stay.

Dated this 9TH day of September 2025.

/s/ J.P. Christiansen
J.P. Christiansen
Christiansen Law Firm
2483 Tower Drive, Ste 2483
Monroe, LA 71201
Telephone: (318) 807-0929 ext. 104

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9th, 2025, the foregoing paper was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.