UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD.<br>    Plaintiff, | CIVIL ACTION NO. 3:16-cv-00777 |
| v. | CHIEF JUDGE TERRY A. DOUGHTY |
| LINDSEY LAURAIN, EAZY-PZ, LLC<br>    Defendants | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |
| | (JURY TRIAL DEMANDED) |

## JUDGMENT OF PARTIAL DISMISSAL

Considering the Unopposed Motion to Dismiss, Without Prejudice, the First through Fifth Claims for Relief Against Lindsey Laurain ("Laurain") [Doc. No. 1071] filed by Luv n' care, Ltd.,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the first through fifth claims for relief against Laurain in the Second Amended Complaint [Doc. No. 1053, ¶¶ 80-125], are **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the sixth claim for relief against Laurain in the Second Amended Complaint [Doc. No. 1053, ¶¶ 126-138], remains pending.

Monroe, Louisiana, this 12th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE